# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| TPL, Inc. | ) ASBCA No. 59523 |
| | ) |
| Under Contract Nos. N00178-04-C-1013 | ) |
| W911QX-08-C-0018 | ) |
| FA8650-05-C-2613 | ) |
| N00164-01-C-4703 | ) |
| DSWA01-98-C-0063 | ) |
| N00164-01-C-4701 | ) |
| DAAE30-1-9-0800 | ) |
| N00164-04-C-4713 | ) |
| N00014-06-C-0158 | ) |
| N00014-06-C-0525 | ) |

APPEARANCE FOR THE APPELLANT:    Carolyn Callaway, Esq.
  Carolyn Callaway, P.C.
  Albuquerque, NM

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
  Gregory T. Allen, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 February 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59523, Appeal of TPL, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals